**Transferred case has been opened**
njdefiling  to: InterdistrictTransfer_LAED                07/08/2011 11:47 AM

```
CASE: 2:11-cv-01466

DETAILS: Case transferred from Louisiana Eastern
has been opened in District of New Jersey [LIVE]
as case 2:11-cv-03920, filed 07/08/2011.
```